Receipt Number
*566959*

10
ex A

# UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

CARLETON AND KIMBERLY WHITSETT

      Plaintiffs,

vs.

AMERIQUEST MORTGAGE CO. AND
AMERIQUEST MORTGAGE SECURITIES,
INC.

      Defendants.

Case: 2:08-cv-10478
Judge: Hood, Denise Page
Referral MJ: Komives, Paul J
Filed: 01-31-2008 At 04:03 PM
REM WHITESETT, ET AL V. AMERIQUEST
MORTGAGE CO., ET AL (TAM)

---

| | |
|---|---|
| Marshall A. Yee (P35859)<br>KEMPF & YEE<br>Attorney for Plaintiffs<br>913 W. Holmes Rd., Ste. 130<br>Lansing, MI 48910<br>(517) 394-4430 | Thomas M. Schehr (P54391)<br>Brandon M. Blazo (P71172)<br>Attorneys for Ameriquest Mortgage, Inc. and<br>Ameriquest Mortgage Securities, Inc.<br>Dykema Gossett PLLC<br>400 Renaissance Center<br>Detroit, MI 48243<br>(313) 568-6659 |

## NOTICE OF REMOVAL

TO:    Clerk of the Court;
          Marshall A. Yee, Esq.

Defendants Ameriquest Mortgage Company and Ameriquest Mortgage Securities, Inc. ("Defendants"), by counsel, Dykema Gossett PLLC, give notice that the above action is removed from the Wayne County Circuit Court, Case No. 08-100928-CK, in which Court the case is now pending, to the United States District Court for the Eastern District of Michigan.

IN SUPPORT, Defendants state as follows:

1.    On or about January 11, 2008, an action was commenced against Defendants in the Wayne County Circuit Court, State of Michigan, Case No. 08-100928-CK and service was

effected on Defendants on or about January 11, 2008. Copies of all process, pleadings and orders served upon or received by Defendants in this action are attached as Exhibit A.

2.  This Notice of Removal is filed within 30 days of Defendants' receipt of Plaintiffs' Complaint setting forth their claims for relief, and is timely filed under 28 U.S.C. § 1446(b).

3.  This Court has original subject matter jurisdiction over this matter under 28 U.S.C. § 1331 (federal question) because Plaintiffs have set forth a federal claim for alleged violation of the Truth in Lending Act ("TILA") , 15 U.S.C. § 1601, *et seq.* This Court has original jurisdiction over claims arising under TILA and its implementing regulations. Plaintiffs allegations in Paragraphs 5-9 of the Complaint and the relief sought are governed by TILA. To the extent that there are any other claims, the Court has supplemental jurisdiction under 28 U.S.C. § 1367.

4.  Venue of this action is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district and division corresponding to the place where the state court action was pending.

WHEREFORE, Defendants give notice of removal of this action from the Wayne County Circuit Court, State of Michigan, to this Court.

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•400 RENAISSANCE CENTER•DETROIT, MICHIGAN 48243

Respectfully submitted,

DYKEMA GOSSETT PLLC

By: /s/ Brandon M. Blazo
Thomas M. Schehr (P54391)
Brandon M. Blazo (P71172)
Attorneys for Ameriquest Mortgage, Inc. and
Ameriquest Mortgage Securities, Inc.
400 Renaissance Center
Detroit, MI 48243
(313) 568-6659

Date: January 31, 2008

DET01\592201.1
ID\BB

**PROOF OF SERVICE**
THE UNDERSIGNED CERTIFIES THAT A COPY OF THE FOREGOING INSTRUMENT WAS SERVED UPON ALL PARTIES TO THE ABOVE CAUSE, ADDRESSED TO EACH ATTORNEY OF RECORD AT THEIR RESPECTIVE ADDRESSES AS DISCLOSED IN THE PLEADINGS, ON January 31, 2008, BY: _____ U.S. MAIL _____ FAX _____ FEDERAL EXPRESS _____ HAND DELIVERY

/s/ Arlene Weber
ARLENE WEBER

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•400 RENAISSANCE CENTER•DETROIT, MICHIGAN 48243



Case 1:08-cv-04291 Document 1 Filed 01/31/2008 Page 4 of 10

Served # 1-11-08

| STATE OF MICHIGAN THIRD CIRCUIT COURT | | CASE NO. 08-100928 CK |
|---|---|---|
|  | **SUMMONS AND RETURN OF SERVICE** | |

COURT ADDRESS: 2 WOODWARD AVENUE, DETROIT, MICHIGAN 48226   COURT TELEPHONE NO. (313) 224-3263

THIS CASE ASSIGNED TO JUDGE: SUSAN D BORMAN   Bar Number: 11016

| PLAINTIFF | | DEFENDANT | |
|---|---|---|---|
| HITSETT CARLETON | PL 01 VS | AMERIQUEST MORTGAGE CO | DF 003 |

PLAINTIFF'S ATTORNEY
MARSHALL A. YEE
(P-35859)
913 W HOLMES RD STE 130
LANSING, MI 48910-0436
517-394-4430

PAID — NO JURY DEMAND FILED
01/11/08 — 04/11/08 — MCCLAIN SHIRLEY

*This summons is invalid unless served on or before its expiration date.   Cathy M. Garrett – Wayne County Clerk

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. YOU HAVE 21 DAYS after receiving this summons to file an answer with the court and serve a copy on the other party or to take other lawful action (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.
☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.
☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.

The docket number and assigned judge of the civil/domestic relations action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
|  |  |  |

The action ☐ remains ☐ is no longer pending.

I declare that the complaint information above and attached is true to the best of my information, knowledge, and belief

Date: 1/11/08   Signature of attorney/plaintiff

COMPLAINT IS STATED ON ATTACHED PAGES. EXHIBITS ARE ATTACHED IF REQUIRED BY COURT RULE.
If you require special accommodations to use the court because of disabilities, please contact the court immediately to make arrangements.

FORM NO WC101 REV (3-96)   **SUMMONS AND RETURN OF SERVICE**

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

CARLETON and KIMBERLY
WHITSETT,

Plaintiffs,

v.

AMERIQUEST MORTGAGE CO. and
AMERIQUEST MORTGAGE SECURITIES, INC.,

Defendants.
_____/

Case No. 08-100928 CK

Honorable Susan D. Borman

Marshall A. Yee (P35859)
KEMPF & YEE
Attorney for Plaintiffs
913 W. Holmes Rd., Ste.130
Lansing, MI 48910
(517) 394-4430
_____/

There is no pending or resolved civil action arising out of the transaction or occurrence alleged in the complaint.

## COMPLAINT

NOW COME the Plaintiffs, CARLETON AND KIMBERLY WHITSETT, by and through their attorneys, KEMPF & YEE, and hereby states as follows:

### I. PRELIMINARY STATEMENT

1. This Complaint is filed under the Truth in Lending Act, 15 U.S.C. 1601 *et. seq.* (hereinafter called "TILA") to enforce the Plaintiffs' right to rescind a credit transaction, to void the Defendant's security interest in the Plaintiffs' home, and to recover statutory damages, reasonable attorney's fees and costs by reason of the Defendant's violations of the TILA and Regulation Z, 12 C.F.R. 226 (hereinafter called "Regulation Z").

2. The amount in controversy exceeds $25,000.00.

## II. PARTIES

3. At all relevant times herein, Plaintiffs are individuals that co-own their residence at 15721 Oakfield, Detroit, MI 48227.

4. Defendant AMERIQUEST MORTGAGE CO. is a foreign corporation doing business in Wayne County, Michigan.

5. Defendant AMERIQUEST MORTGAGE SECURITIES, INC., an affiliate of AMERIQUEST MORTGAGE COMPANY, is a foreign corporation which transacts business in Michigan. It holds legal title to loans originated by AMERIQUEST MORTGAGE COMPANY. Upon information and belief it has been assigned the loan.

## III. CAUSE OF ACTION

5. On or about January 12, 2005 Plaintiffs entered into a credit transaction with Defendant AMERIQUEST MORTGAGE COMPANY for $85,800.00 in which the extended credit was subject to a finance charge.

6. As part of the credit transaction, Defendant retained a security interest in Plaintiffs' residence.

7. The consumer credit transaction was subject to the Plaintiffs' right of rescission as described by 15 U.S.C. 1635 and Regulation Z § 226.23 (12 C.F.R. 226.23).

8. As a result of the following, but not limited to, violations to the TILA, Plaintiffs have a continuing right to rescind the transaction and/or are entitled to statutory damages:

   a. A Notice of Right to Cancel and Truth in Lending Disclosure Statement were not provided to the Plaintiffs at closing.
   b. The Notice of Right to Cancel form later given to the Plaintiffs was defective because it was not the borrower copy and was untimely.
   c. The Plaintiffs never received the proper amount of copies of the Notice of Right to cancel.

9. The failure to provide the material disclosures results in the right to rescind the loan for up to three years from the date of the transaction pursuant to 15 U.S.C. 1635(f).

WHEREFORE, it is respectfully prayed that this Court:

1) Assume jurisdiction of this case;
2) Rescind the transaction and award Plaintiffs the amounts paid to Defendant on this account;
3) Order Defendant to take all action necessary to terminate any security interest in Plaintiffs' property created under the transaction and that the Court declare such security interest void;
4) Award the Plaintiffs statutory damages under 11 U.S.C. 1640(a)(2)(A)(iii);
5) Order that the right to retain proceeds vest in the Plaintiffs;
6) Award actual damages in an amount to be established at trial;
7) Award the Plaintiffs costs and reasonable attorney fees under 15 U.S.C. 1640(a)(3);
8) Award such other and further relief as the Court deems just and proper.

KEMPF & YEE

Date: 1/11/08     By: _____
Marshall A. Yee (P35859)
Attorney for Plaintiffs

JS 44 (1/04)

# CIVIL COVER SHEET

County in which this action arose __WAYNE__

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
WHITSETT, CARLETON and KIMBERLY

### DEFENDANTS
AMERIQUEST MORTGAGE CO. and AMERIQUEST MORTGAGE SECURITIES, INC.

(b) County of Residence of First Listed Plaintiff __WAYNE__
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant __N/A__
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Marshall A. Yee
Kempf & Yee, 913 W. Holmes Rd., Ste. 130, Lansing, MI 48910
517-394-4430

Attorneys (If Known)
Thomas M. Schehr and Brandon M. Blazo,
Dykema Gossett, 400 Renaissance Center, Detroit, MI 48243
313-568-6659

### II. BASIS OF JURISDICTION (Select One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Select One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Select One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610
- ☐ 620
- ☐ 625
- ☐ 630
- ☐ 640
- ☐ 650
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☒ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Access to Justice
- ☐ 950 Constitutionality of State Statutes

Case: 2:08-cv-10478
Judge: Hood, Denise Page
Referral MJ: Komives, Paul J
Filed: 01-31-2008 At 04:03 PM
REM WHITESETT, ET AL V. AMERIQUEST MORTGAGE CO., ET AL (TAM)

### V. ORIGIN (Select One Box Only)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
TRUTH IN LENDING ACT, 15 USC 1601 et. seq.

Brief description of cause:
PLAINTIFFS FILED A CLAIM TO RESCIND A CREDIT TRANSACTION

### VII. REQUESTED IN COMPLAINT:
- ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $ RESCIND TRANSACT
- CHECK YES only if demanded in complaint: JURY DEMAND: ☐ Yes ☒ No

### VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: January 31, 2008
SIGNATURE OF ATTORNEY OF RECORD: /s/ Brandon M. Blazo

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

⌄RSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed?  ☐ Yes  ☑ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)  ☐ Yes  ☑ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

Notes : _____