UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

WHITSETT, CARLETON and KIMBERLY,

    Plaintiff(s),

v.

AMERIQUEST MORTGAGE CO. and
AMERIQUEST MORTGAGE SECURITIES, INC.,

    Defendant(s).
_____/

Case: 2:08-cv-10478
Judge: Hood, Denise Page
Referral MJ: Komives, Paul J
Filed: 01-31-2008 At 04:03 PM
REM WHITESETT, ET AL V. AMERIQUEST
MORTGAGE CO., ET AL (TAM)

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, AMERIQUEST MORTGAGE CO.

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐   No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐   No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: January 31, 2008

*[signature]*

Brandon M. Blazo (P71172), Thomas M. Schehr
Dykema Gossett PLLC
400 Renaissance Center
Detroit, MI 48243
313-568-6979 or 313-568-6659
bblazo@dykema.com