**UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

CARLETON AND KIMBERLY WHITSETT

    Plaintiffs,

vs.

AMERIQUEST MORTGAGE CO. AND
AMERIQUEST MORTGAGE SECURITIES,
INC.

    Defendants.

Case No. 2:08-cv-10478

Honorable Denise Page Hood

Magistrate Judge Paul J. Komives

---

| | |
|---|---|
| Marshall A. Yee (P35859) | Thomas M. Schehr (P54391) |
| KEMPF & YEE | Brandon M. Blazo (P71172) |
| Attorney for Plaintiffs | Attorneys for Ameriquest Mortgage, Inc. and |
| 913 W. Holmes Rd., Ste. 130 | Ameriquest Mortgage Securities, Inc. |
| Lansing, MI 48910 | Dykema Gossett PLLC |
| (517) 394-4430 | 400 Renaissance Center |
| | Detroit, MI 48243 |
| | (313) 568-6659 |

## NOTICE OF APPEARANCE

To:    Clerk of the Court

    PLEASE ENTER the Appearance of Brandon Blazo of Dykema Gossett PLLC as counsel for Ameriquest Mortgage, Inc. and Ameriquest Mortgage Securities, Inc. in the above-captioned matter.

    Respectfully submitted,

<u>s/Brandon Blazo</u>
Dykema Gossett PLLC
400 Renaissance Center
Detroit, Michigan 48243
313-568-6979
bblazo@dykema.com
P71172

February 4, 2008

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system. I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participant:

- Marshall A. Yee, Esq.
  Kempf & Yee
  913 W. Holmes Road, Ste. 130
  Lansing, MI 48910

               DYKEMA GOSSETT PLLC

By: s/Brandon M. Blazo
    Thomas M. Schehr (P54391)
    Brandon M. Blazo (P71172)
    Attorneys for Ameriquest Mortgage, Inc. and
      Ameriquest Mortgage Securities, Inc.
    400 Renaissance Center
    Detroit, MI 48243
    (313) 568-6659

DET01\593698.1
ID\BB