UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Carleton Whitsett, et al.,

            Plaintiff(s),

v.	Case No. 2:08−cv−10478−DPH−PJK
    Hon. Denise Page Hood

Ameriquest Mortgage Company, et al.,

            Defendant(s).

## NOTICE OF MOTION HEARING

You are hereby notified to appear before the Honorable Denise Page Hood at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.  The following motion(s) are scheduled for hearing:

    Motion to Stay – #4

- MOTION HEARING:  4/2/08 at 04:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

            By: s/ B. Lewis
                  Case Manager

Dated:   February 8, 2008