UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Carleton Whitsett, et al.,

        Plaintiff(s),

v.                                               Case No. 2:08−cv−10478−DPH−PJK
                                                 Hon. Denise Page Hood

Ameriquest Mortgage
Company, et al.,

        Defendant(s).

**NOTICE TO APPEAR**

You are hereby notified to appear before the Honorable Denise Page Hood, Theodore Levin U.S. Courthouse, 231 West Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- SCHEDULING CONFERENCE: April 2, 2008 at 04:00 PM

**Certification**

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

        By: s/ B. Lewis
            Case Manager

Dated:   February 8, 2008