**UNITED STATES DISTRICT COURT**
**IN THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CARLETON AND KIMBERLY WHITSETT

       Plaintiffs,

vs.

AMERIQUEST MORTGAGE CO. AND
AMERIQUEST MORTGAGE SECURITIES,
INC.

       Defendants.

Case No. 2:08-cv-10478

Honorable Denise Page Hood

Magistrate Judge Paul J. Komives

| | |
|---|---|
| Marshall A. Yee (P35859) | Thomas M. Schehr (P54391) |
| Attorneys for Plaintiffs | Brandon M. Blazo (P71172) |
| Kempf & Yee | Attorneys for Ameriquest Mortgage, Inc. and |
| 913 W. Holmes Rd., Ste. 130 | Ameriquest Mortgage Securities, Inc. |
| Lansing, MI 48910 | Dykema Gossett PLLC |
| (517) 394-4430 | 400 Renaissance Center |
| | Detroit, MI 48243 |
| | (313) 568-6659 |

**STIPULATION TO STAY PROCEEDINGS**

     Plaintiffs Carleton and Kimberly Whitsett ("Plaintiffs"), through their counsel, Kempf & Yee, and Defendants Ameriquest Mortgage Company and Ameriquest Mortgage Securities, Inc. ("Defendants"), through their counsel, Dykema Gossett PLLC, hereby stipulate as follows:

     1.    The parties agree to the attached order granting Defendants' Motion to Stay Proceedings.

     2.    Defendants' response to Plaintiffs' Complaint will be due 14 days after the issuance of a decision by the Multidistrict Litigation Panel denying to transfer the case to the Northern District of Illinois. If the Multidistrict Litigation Panel issues an order to transfer the case, the procedures established by the Northern District of Illinois will apply to determine the date by which Defendants shall respond to Plaintiffs' Complaint.

     <u>SO STIPULATED:</u>

| | |
|---|---|
| KEMPF & YEE | DYKEMA GOSSETT PLLC |
| | |
| By: s/ with consent of Marshall A. Yee | By: s/ Brandon M. Blazo |
|    Marshall A. Yee (P35859) |    Thomas M. Schehr (P54391) |
|    Attorney for Plaintiffs |    Brandon M. Blazo (P71172) |
|    Kempf & Yee |    Attorneys for Ameriquest Mortgage, Inc. and |
|    913 W. Holmes Rd., Ste. 130 |    Ameriquest Mortgage Securities, Inc. |
|    Lansing, MI 48910 |    400 Renaissance Center |
|    (517) 394-4430 |    Detroit, MI 48243 |
| |    (313) 568-6659 |

Date:  May 7, 2008

**UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

CARLETON AND KIMBERLY WHITSETT

    Plaintiffs,

vs.

AMERIQUEST MORTGAGE CO. AND
AMERIQUEST MORTGAGE SECURITIES,
INC.

    Defendants.

Case No. 2:08-cv-10478

Honorable Denise Page Hood

Magistrate Judge Paul J. Komives

| | |
|---|---|
| Marshall A. Yee (P35859) | Thomas M. Schehr (P54391) |
| Attorneys for Plaintiffs | Brandon M. Blazo (P71172) |
| Kempf & Yee | Attorneys for Ameriquest Mortgage, Inc. and |
| 913 W. Holmes Rd., Ste. 130 | Ameriquest Mortgage Securities, Inc. |
| Lansing, MI 48910 | Dykema Gossett PLLC |
| (517) 394-4430 | 400 Renaissance Center |
| | Detroit, MI 48243 |
| | (313) 568-6659 |

**ORDER TO STAY PROCEEDINGS**

    This matter having come before the Court on the stipulation of the parties, and the Court being fully advised in the premises;

1

  IT IS HEREBY ORDERED that Defendants' Motion to Stay Proceedings is GRANTED.

  IT IS FURTHER ORDERED that Defendants' response to Plaintiffs' Complaint will be due 14 days after the issuance of a decision by the Multidistrict Litigation Panel denying to transfer the case to the Northern District of Illinois.  If the MDL Panel transfers the case, the procedures established by the Northern District of Illinois will apply to determine the date by which Defendants shall respond to Plaintiffs' Complaint.

                   s/ DENISE PAGE HOOD
DATED: May 15, 2008           U.S. DISTRICT COURT JUDGE

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system. I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participant:

- Marshall A. Yee, Esq.
  Kempf & Yee
  913 W. Holmes Road, Ste. 130
  Lansing, MI 48910

    s/Brandon M. Blazo
    Dykema Gosssett PLLC
    400 Renaissance Center
    Detroit, MI 48243
    (313) 568-6979
    bblazo@dykema.com
    (P71172)

Date: May 7, 2008

DET01\603439.3
ID\BB

3