Inasmuch as no objection is pending at this time, the stay is lifted.

JUL 1 6 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 3 0 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION

MDL No. 1715

(SEE ATTACHED SCHEDULE)

FILED
JUL 2 1 2008
CLERK'S OFFICE
DETROIT

### CONDITIONAL TRANSFER ORDER (CTO-46)

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 408 F.Supp.2d 1354 (J.P.M.L. 2005). Since that time, 319 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION                                  MDL No. 1715


SCHEDULE CTO-46 - TAG-ALONG ACTIONS


**DIST. DIV. C.A. #**              **CASE CAPTION**

GEORGIA NORTHERN
  GAN  1  08-1864              Janice Long, et al. v. Ameriquest Mortgage Co., et al.

MICHIGAN EASTERN
  MIE  2  08-10478             Carleton Whitsett, et al. v. Ameriquest Mortgage Co., et al.
  MIE  2  08-12307             Donna E. Marcum v. Ameriquest Mortgage Co., et al.

PENNSYLVANIA EASTERN
  ~~PAE  2  08-2002~~             ~~George Plummer v. Deutsche Bank National Trust Co., et al.~~
                                         Opposed 7/15/08

TENNESSEE WESTERN
  TNW  2  08-2205              Jerry L. Ivery, et al. v. Ameriquest Mortgage Co.

          **BKY.**
**DIST. DIV. ADVY. #**             **CASE CAPTION**

MASSACHUSETTS
  ~~MA  1  08-1109~~              ~~Francis Whratee Nyepon v. WM Specialty Mortgage, LLC, et al.~~
                                         Opposed 7/15/08