# U.S. District Court
## Eastern District of Michigan (Detroit)
## CIVIL DOCKET FOR CASE #: 2:08–cv–10478–DPH–PJK

Whitsett et al v. Ameriquest Mortgage Company et al
Assigned to: District Judge Denise Page Hood
        Magistrate Judge Paul J Komives
Case in other court:  Wayne County Circuit Court, 08–100928 CK
Cause: No cause code entered

Date Filed: 01/31/2008
Date Terminated: 07/31/2008
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Carleton Whitsett**    represented by    **Marshall A. Yee**
Kempf &Yee
913 W. Holmes Road
Suite 130
Lansing, MI 48910
517–394–4430
Email: marshallyee@sbcglobal.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kimberly Whitsett**    represented by    **Marshall A. Yee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ameriquest Mortgage Company**    represented by    **Brandon M. Blazo**
Dykema Gossett
400 Renaissance Center
Detroit, MI 48243
313–568–6800
Fax: 313–568–6691
Email: bblazo@dykema.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas M. Schehr**
Dykema Gossett
400 Renaissance Center
Detroit, MI 48243
313–568–6800
Fax: 313–568–6659
Email: tschehr@dykema.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Ameriquest Mortgage Securities, Incorporated** | represented by | **Brandon M. Blazo** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Thomas M. Schehr** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/31/2008 | Ï 1 | NOTICE OF REMOVAL by Ameriquest Mortgage Securities, Incorporated, Ameriquest Mortgage Company from Wayne County Circuit Court, case number 08−100928 CK. Receipt No: 566959 – Fee: $ 350 (PPau) (Entered: 02/01/2008) |
| 01/31/2008 | Ï 2 | STATEMENT of DISCLOSURE of CORPORATE AFFILIATIONS and FINANCIAL INTEREST by Ameriquest Mortgage Company (PPau) (Entered: 02/01/2008) |
| 02/04/2008 | Ï 3 | NOTICE of Appearance by Brandon M. Blazo on behalf of all defendants. (Blazo, Brandon) (Entered: 02/04/2008) |
| 02/04/2008 | Ï 4 | MOTION to Stay *of All Proceedings* by all defendants. (Blazo, Brandon) (Entered: 02/04/2008) |
| 02/08/2008 | Ï 5 | NOTICE of hearing on 4 MOTION to Stay *of All Proceedings*. **Motion Hearing set for 4/2/2008 04:00 PM before Honorable Denise Page Hood**. (BLew) (Entered: 02/08/2008) |
| 02/08/2008 | Ï 6 | NOTICE TO APPEAR: **Scheduling Conference set for 4/2/2008 04:00 PM before Honorable Denise Page Hood** (BLew) (Entered: 02/08/2008) |
| 04/03/2008 | Ï | Minute Entry −Motion Hearing held on 4/3/2008 re 4 MOTION to Stay *of All Proceedings* filed by Ameriquest Mortgage Company, Ameriquest Mortgage Securities, Incorporated before District Judge Denise Page Hood. Disposition: Heald and continued to 5/6/2008 at 3:15 p.m.(Court Reporter C. Warren−Daniel) (BLew) (Entered: 04/03/2008) |
| 04/03/2008 | Ï 7 | NOTICE of hearing on 4 MOTION to Stay *of All Proceedings*. **Motion Hearing set for 5/6/2008 03:15 PM before District Judge Denise Page Hood**. (BLew) (Entered: 04/03/2008) |
| 05/15/2008 | Ï 8 | STIPULATION AND ORDER to Stay Proceedings until 14 days after a ruling by the Multidistrict Litigation Panel. Signed by District Judge Denise Page Hood. (BLew) (Entered: 05/15/2008) |
| 06/09/2008 | Ï | Minute Entry −Motions terminated: 4 MOTION to Stay *of All Proceedings* filed by Ameriquest Mortgage Company, Ameriquest Mortgage Securities, Incorporated before District Judge Denise Page Hood. Disposition: SEE DOCUMENT NO. 8 FILED MAY 15, 2008 (BLew) (Entered: 06/09/2008) |
| 07/21/2008 | Ï 9 | [Informational Copy] MDL Non−Certified Transfer Order To Northern District of Illinois – MDL # 1715. (SSch) (Entered: 07/22/2008) |

| | | |
|---|---|---|
| 07/31/2008 | Ï 10 | MDL Certified Transfer Order To Northern District of Illinois – MDL # 1715. (SSch) (Entered: 07/31/2008) |
| 07/31/2008 | Ï 11 | NOTICE of Transfer to the Northern District of Illinois for MDL 1715. (SSch) (Entered: 07/31/2008) |